# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

SHARI MARTINAC AND ALAN MARTINAC,          Civil No. 08-5035 (JRT/JJK)

         Plaintiffs,

v.          **ORDER TO DISMISS WITH PREJUDICE**

I-FLOW CORPORATION, *et al.*,

         Defendants.
_____

This matter came before this Court upon the Stipulation for Dismissal With Prejudice of Defendant I-Flow Corporation, filed by the parties on June 11, 2009 [Docket No. 96].

**IT IS HEREBY ORDERED** that Defendant I-Flow Corporation is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

DATED: June 12, 2009
at Minneapolis, Minnesota.          ___s/John R. Tunheim___
         JOHN R. TUNHEIM
         United States District Judge