# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SHARI MARTINAC AND ALAN MARTINAC, | Civil No. 08-5035 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| I-FLOW CORPORATION, *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation for Dismissal With Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., Abbott Laboratories, and Hospira, Inc., filed by the parties on January 14, 2010 [Docket No. 160].

**IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., Abbott Laboratories, and Hospira, Inc. are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

DATED: January 18, 2010
at Minneapolis, Minnesota.

                                                ___s/ John R. Tunheim____
                                                JOHN R. TUNHEIM
                                             United States District Judge